UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| MICHAEL F MCNALLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) No. 3:12-cv-00063-TWP-WGH |
| AZTAR INDIANA GAMING COMPANY, LLC, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Having this day granted summary judgment in favor of Defendant, Aztar Indiana Gaming Company, LLC, the Court hereby enters JUDGMENT in favor of Defendant and against the Plaintiff. Plaintiff shall take nothing by way of his complaint.

SO ORDERED.

Dated: 01/28/2014

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution:

John H. Haskin
JOHN H. HASKIN & ASSOCIATES
jhaskin@jhaskinlaw.com

Paul Anthony Logan
JOHN H. HASKIN & ASSOCIATES
plogan@jhaskinlaw.com

Richard W. McMinn
JOHN H. HASKIN & ASSOCIATES
rmcminn@hlllaw.com

Patrick A. Shoulders
ZIEMER STAYMAN WEITZEL & SHOULDERS
pshoulders@zsws.com

Jean Marie Blanton
ZIEMER STAYMAN WEITZEL & SHOULDERS LLP
jblanton@zsws.com

Rhett David Gonterman
ZIEMER STAYMAN WEITZEL & SHOULDERS LLP
rgonterman@zsws.com